**Scura, Mealey, Wigfield & Heyer, LLP**
1599 Hamburg Tpk
Wayne, NJ  07470
Phone 973-696-8391
Fax 973-696-8571

Invoice submitted to:

Mohammad AlMadani
52 Brichwood Terrace
Wayne, NJ 07470

July 23, 2012

In Reference To: Chapter 13 hourly
Case #  C13-00430
Invoice #31623

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/23/2012 | DG | Paralegal- received new file; review of documents and payments to determine starting petition. | 0.20<br>125.00/hr | 25.00 |
|  | TA | Paralegal- Set up Client File, Time Matters, Time Slips, Scan documents. | 0.60<br>125.00/hr | 75.00 |
|  | DLS | Receipt and review of income and asset documentation.  Review same and forward to paralegal with instructions to prepare petition. | 0.30<br>325.00/hr | 97.50 |
| 1/24/2012 | DLS | Receipt and review of cma.  Instruct that cma is not sufficient. | 0.10<br>325.00/hr | 32.50 |
| 1/26/2012 | DG | Paralegal- received documents from client; download and review; discuss with DS; begin organizing file. | 0.40<br>125.00/hr | 50.00 |
| 2/3/2012 | DLS | Telephone call with client to provide update on file. | 0.10<br>325.00/hr | 32.50 |
| 2/13/2012 | RS | Paralegal- draft petition | 1.30<br>125.00/hr | 162.50 |
| 2/15/2012 | DLS | Receipt and review of petition and call with client regarding same.  Verify information and make revisions.  Draft chapter 11 plan. | 0.90<br>325.00/hr | 292.50 |
| 2/22/2012 | DLS | Call with client to schedule time to come in and sign.  Instruct paralegal to update petition and plan.  Pull judgment search. | 0.20<br>325.00/hr | 65.00 |
| 2/23/2012 | RS | Paralegal- review file, update petition, update plan, run judgment search | 0.50<br>125.00/hr | 62.50 |

Mohammad AlMadani                                                                                               Page     2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/29/2012 | DLS | Meeting with client to review and execute petition.  Meet with paraleagl and instruct to make revisions to petition and plan. | 1.00<br>325.00/hr | 325.00 |
|  | JJR | Review of chapter 13 petition and plan, as filed, details of the same; save copy of the same to client's file | 0.10<br>325.00/hr | 32.50 |
|  | RS | Paralegal- update petition, prep/file petition | 0.50<br>125.00/hr | 62.50 |
| 3/1/2012 | DLS | Receipt and review of confirmation date.  Instruct paralegal to diary and serve plan. | 0.10<br>325.00/hr | 32.50 |
|  | DG | Paralegal- received notice of 341(a) hearing; diary same. | 0.10<br>125.00/hr | 12.50 |
| 3/2/2012 | DLS | Receipt and review of notice of commencement.  Save to server. | 0.10<br>325.00/hr | 32.50 |
|  | DG | Paralegal- prepared two letters to client; one in reference to 341(a) hearing; one in reference to Trustee's payments; copy and send. | 0.50<br>125.00/hr | 62.50 |
| 3/6/2012 | RS | Paralegal- review file/email from Dave.  Send email to Dave. | 0.30<br>125.00/hr | 37.50 |
| 3/9/2012 | CM | Paralegal- Went through client's file in search for tax returns, cma, paystubs for adjournment of 341. scanned taxes and saved on server. contacted client via email to request full CMA and paystubs. Spoke with client about same. | 0.80<br>125.00/hr | 100.00 |
| 3/12/2012 | DG | Paralegal- received proof of claim unsecured macy's; download and save to file. | 0.10<br>125.00/hr | 12.50 |
|  | DG | Paralegal- received proof of claim for wife from Macy's (unsecured); download and save to file. | 0.10<br>125.00/hr | 12.50 |
| 3/13/2012 | DG | Paralegal- received notice of confirmation hearing; diary same. | 0.10<br>125.00/hr | 12.50 |
| 3/29/2012 | CM | Paralegal- went through client's docs prior to 341 hearing. contacted client re: docs needed | 1.60<br>125.00/hr | 200.00 |
| 4/3/2012 | CM | Paralegal- conversation with client re: docs needed prior to 341.  Scanned docs needed and submitted docs to trustee | 0.70<br>125.00/hr | 87.50 |
| 4/5/2012 | CB | Discussion with DS about 341 hrgs in general and this 341 hrg on tuesday | 0.50<br>325.00/hr | 162.50 |
| 4/10/2012 | CM | Paralegal- prepared and forwarded docs to Trustee re: reschedule 341 | 0.70<br>125.00/hr | 87.50 |

Mohammad AlMadani                                                                                                         Page    3

|            |     |                                                                                                                                                                                  | Hrs/Rate          | Amount |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|--------|
| 4/20/2012  | DG  | Paralegal- received notice of 341(a) hearing; diary same.                                                                                                                                        | 0.10<br>125.00/hr | 12.50  |
| 4/25/2012  | CM  | Paralegal- contacted client re: 341 hearing and 2011 taxes. Prepared file for 341                                                                                                                | 0.70<br>125.00/hr | 87.50  |
| 4/30/2012  | DLS | Telephone call with cleint and meet with covering attonney in anticiaption of creditors meeting.                                                                                                 | 0.30<br>325.00/hr | 97.50  |
|            | CB  | Plan and prepare for 341 hearing tomorrow                                                                                                                                                        | 0.30<br>325.00/hr | 97.50  |
| 5/1/2012   | DG  | Paralegal- received proof of claim from Keystone Recovery; download and save to file.                                                                                                            | 0.10<br>125.00/hr | 12.50  |
|            | DG  | Paralegal- received proof of claim from GE Capital; download and save to file.                                                                                                                   | 0.10<br>125.00/hr | 12.50  |
|            | DG  | Paralegal- received proof of claim from Quantum 3; download and save to file.                                                                                                                    | 0.10<br>125.00/hr | 12.50  |
|            | CB  | Drive to & from Newark for 341 hrg                                                                                                                                                               | 1.60<br>325.00/hr | 520.00 |
|            | CB  | Court Appearance at 341 hrg                                                                                                                                                                      | 1.00<br>325.00/hr | 325.00 |
|            | CB  | Sent email with UN letter to Trustee as proof that Mohammad doesn't need to file taxes                                                                                                           | 0.10<br>325.00/hr | 32.50  |
|            | CB  | Emailed Dave and Carlos about client's desire to obtain a loan mod                                                                                                                               | 0.10<br>325.00/hr | 32.50  |
| 5/2/2012   | CB  | Drafted and sent 362 letters to 6 of client's creditors                                                                                                                                          | 0.50<br>325.00/hr | 162.50 |
|            | CB  | Sent an email to the client with 362 letters to creditors and advising that I will find out about a loan modification and let him know                                                           | 0.10<br>325.00/hr | 32.50  |
| 5/3/2012   | CB  | Email to client to advise a loan modification will require an additional retainer                                                                                                                | 0.10<br>325.00/hr | 32.50  |
|            | DG  | Paralegal- review of docket and proof of claims for notice; prepared certification of service and transmittal letter; e-file same with the court; copy and serve to all interested parties.      | 0.40<br>125.00/hr | 50.00  |
| 5/7/2012   | DLS | Reciept and review of correspondence from client.  Communicate with mortgagee counsel, client and paralegal concerning forclosure complaint proceeding post petition and curing of arrears.  Note that the amount to be cured is incorrectly listed on plan. | 0.50<br>325.00/hr | 162.50 |

Mohammad AlMadani                                                                                                                    Page      4

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/7/2012 | CB | Telephone call with bank's attorney re: motion for final judgment that was recently filed in state court | 0.20 325.00/hr | 65.00 |
|  | CB | Email with client addressing issues of bank's notice of motion for final judgment, cost of obtaining a loan modification, and previously attempted loan mod with another atty | 0.20 325.00/hr | 65.00 |
|  | DLS | Communicate with lenders counsel and client concerning arrears and voiding second. | 0.30 325.00/hr | 97.50 |
|  | CB | Reviewed email from client with mortgage documents and calculated what the adequate protection payment would be if Loss Mit was pursued | 0.20 325.00/hr | 65.00 |
|  | CB | Received v/m from creditor's counsel asking for an adj. of Wed's confirmation hearing as they want to object to the plan.  V/M also stated property has enough equity to secure 2nd lien.  POCs have not been filed, checked online for value, Plan value seems accurate. Sent email to creditor's counsel for payoff statement and pre-petition arrears accounting | 0.30 325.00/hr | 97.50 |
|  | CB | Discussion via eml with DS over how to cure client's arrears | 0.20 325.00/hr | 65.00 |
| 5/8/2012 | DG | Paralegal- received instructions to prepared letter to creditors in reference to adjourned confirmation; prepare same; copy and send and e-file same with the court. | 0.50 125.00/hr | 62.50 |
|  | CB | Email to client to explain case strategy, the modified plan, loan modification, and increased trustee payment that all need to happen | 0.20 325.00/hr | 65.00 |
|  | CB | Recvd email from client that the $1,500 will be made to the trustee tomorrow.  Responded stating we will send the modified plan to him for execution shortly | 0.10 325.00/hr | 32.50 |
|  | CB | Email with client clarifying all payments that need to be made - lump sum, regular trustee payment, regular monthly mortgage payment | 0.10 325.00/hr | 32.50 |
| 5/9/2012 | DLS | Communicate within firm concerning amended plan and loss mitigation. | 0.20 325.00/hr | 65.00 |
|  | CB | Drafted modified plan and sent to client for execution | 0.40 325.00/hr | 130.00 |
| 5/10/2012 | CB | Recvd email with executed modified plan.  Confirmed receipt with client via reply email.  Email to paralegal to file modified plan | 0.10 325.00/hr | 32.50 |
| 5/14/2012 | DG | Paralegal- received instructions to e-file amended plan; e-file same with the court. | 0.10 125.00/hr | 12.50 |

Mohammad AlMadani                                                                                                           Page     5

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/14/2012 | CB | Sent an email to creditor's counsel to obtain contact information and required docs list needed to be reviewed for a loan modification | 0.10<br>325.00/hr | 32.50 |
|  | DG | Paralegal- received notice of confirmation hearing; diary same. | 0.10<br>125.00/hr | 12.50 |
|  | CM | Paralegal- Discussed case w/ Chris B. Contacted client to obtain borrower authorization. Researched fax number for UNFCU. Faxed over doc to lender | 0.80<br>125.00/hr | 100.00 |
| 5/15/2012 | CB | Recvd eml from creditor's counsel on how to get loss mitigation started. We need the toll free number from client's statement. Email to CM to obtain the same | 0.10<br>325.00/hr | 32.50 |
| 5/19/2012 | CM | Paralegal- setting up lm file. | 0.40<br>125.00/hr | 50.00 |
| 5/21/2012 | CM | Paralegal- Spoke to lender re: options for a loan modification for client's mortgage loan. Contacted supervisor in charge of client's mortgage file and wrote email to supervisor re: options for a loan mod. | 0.80<br>125.00/hr | 100.00 |
| 5/24/2012 | DG | Paralegal- received proof of claim from portfolio; download and save to file. | 0.10<br>125.00/hr | 12.50 |
|  | DG | Paralegal- received proof of claim from american express; download and save to file. | 0.10<br>125.00/hr | 12.50 |
| 5/25/2012 | CB | Recvd eml response from UNFCU denying any review of the loan mod. Sent an email to their counsel - Rob Satlzman - to see if he can facilitate. | 0.20<br>325.00/hr | 65.00 |
| 6/1/2012 | DG | Paralegal- received notice to file debtor certificate; download and save to file. | 0.10<br>125.00/hr | 12.50 |
| 6/4/2012 | DG | Paralegal- received notice of mortgage postpetition fees; download and save to file. | 0.10<br>125.00/hr | 12.50 |
|  | DG | Paralegal- received proof of claim from United Nations Federal Credit Union; download and save to file. | 0.10<br>125.00/hr | 12.50 |
| 6/5/2012 | CB | Eml to Trustee's office requesting confirmation hearing adjournment | 0.10<br>325.00/hr | 32.50 |
| 6/6/2012 | DLS | Communicate with lenders counsel concerning loss mitigation and settlement of stip off of second lien. | 0.10<br>325.00/hr | 32.50 |
| 6/8/2012 | DLS | Call with State of NJ concerning its Proof of claim. Confirm that Mohammad is tax exempt. | 0.10<br>325.00/hr | 32.50 |

Mohammad AlMadani                                                                                                               Page      6

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/8/2012 | DLS | Communicte with client concerning mortgagee proof of claim. | 0.10<br>325.00/hr | 32.50 |
| 6/11/2012 | DG | Paralegal- received notice of confirmation hearing; diary same. | 0.10<br>125.00/hr | 12.50 |
| 6/19/2012 | CB | Sent an email to Rob Saltzman of UNFCU to find out where the loan mod consideration is at.  If UNFCU doesn't want to consider client, we will file for loss mitigation program | 0.10<br>325.00/hr | 32.50 |
|  | DLS | Corresponde with lenders counsel concerning voiding lien and loss mit program. | 0.20<br>325.00/hr | 65.00 |
|  | DLS | Commuincate with lenders counsel concerning valuation hearing. | 0.20<br>325.00/hr | 65.00 |
| 6/20/2012 | DLS | Communicate with lenders counsel in attempt to resolve objection and obain modiifciation for first mortgage. | 0.40<br>325.00/hr | 130.00 |
| 6/22/2012 | CB | Drafted Motion for Loss Mitigation.  Sent certification to client for review and execution | 1.00<br>325.00/hr | 325.00 |
| 6/25/2012 | CB | Recvd email from bank's counsel with UNFCU's proposal.  Proposal seems fair.  Can still file Motion for Loss Mitigation Order as recvd signed client certification.  Email to DS for go ahead to file Motion | 0.20<br>325.00/hr | 65.00 |
|  | DLS | Receipt and review of correspondence from lenders counsel and communicate with council.  Draft letter to client regaridng terms of modification proposal.  Review payment on second mortgage to determine best course of action for client. | 0.40<br>325.00/hr | 130.00 |
| 6/26/2012 | DLS | Communicate with lenders counsel and to client concerning modification. | 0.40<br>325.00/hr | 130.00 |
|  | DLS | Plan and prepare for confirmation.  Review docket, objections, and input case into trustee management system. | 0.30<br>325.00/hr | 97.50 |
| 6/27/2012 | DLS | Attendance at confirmation in Newark.  Discuss outstanding issues with trustee and seek adjournment.  Draft interoffice memo and inform client of resolution. | 0.40<br>325.00/hr | 130.00 |
|  | DLS | Drive to & from Newark for attendance at confirmation hearing.  Time billed at paralegal rate and divided with one other client for whom attendance was necessary. | 0.80<br>125.00/hr | 100.00 |
| 7/8/2012 | DLS | Communicate with client concenring missing utility statement. | 0.10<br>325.00/hr | 32.50 |
| 7/9/2012 | DG | Paralegal- received notice of confirmation hearing; diary same. | 0.10<br>125.00/hr | 12.50 |

Mohammad AlMadani                                                                                                            Page     7

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/9/2012 | DLS | Communicate with client and forward loss mitigation package to lenders counsel. | 0.30<br>325.00/hr | 97.50 |
| 7/18/2012 | DG | Paralegal- received proof of claim from Main Street; download and save to file. | 0.10<br>125.00/hr | 12.50 |
|  | DG | Paralegal- received 2nd proof of claim from main street; download and save to file. | 0.10<br>125.00/hr | 12.50 |
| 7/20/2012 | DG | Paralegal- received proof of claim United Nations; download and save to file. | 0.10<br>125.00/hr | 12.50 |
|  | DG | Paralegal- received objection to plan; download and save to file. | 0.10<br>125.00/hr | 12.50 |
|  | DG | Paralegal- received proof of claim from verizon; download and save to file. | 0.10<br>125.00/hr | 12.50 |
|  | DG | Paralegal- received 2nd proof of claim from verizon; download and save to file. | 0.10<br>125.00/hr | 12.50 |
|  | DG | Paralegal- received proof of claim from PRA; download and save to file. | 0.10<br>125.00/hr | 12.50 |
|  | DG | Paralegal- received proof of claim PRA chase bank; download and save to file. | 0.10<br>125.00/hr | 12.50 |
|  | DG | Paralegal- received amended proof of claim PRA lord and taylor; download and save to file. | 0.10<br>125.00/hr | 12.50 |
|  | DG | Paralegal- received proof of claim from PRA childrens place; download and save to file. | 0.10<br>125.00/hr | 12.50 |
| 7/23/2012 | DLS | Plan and prepare for confirmation hearing. Communicate with objection creditor's counsel and request objection to be withdrawn. Verify payment history, POC's filed, and determine and resolve any remaining objections. Request preconfirmation cert to be filed. | 0.60<br>325.00/hr | 195.00 |
| 3/6/3012 | DG | Paralegal- received e-mail from DS with attached creditors; review same; respond to e-mail. | 0.20<br>125.00/hr | 25.00 |
|  |  | For professional services rendered | 31.30 | $7,092.50 |
|  |  | Additional Charges : |  |  |
| 2/23/2012 |  | Information Solutions- Search |  | 20.00 |
| 2/29/2012 |  | Credit InfoNet Search |  | 50.00 |

Mohammad AlMadani                                                                                                          Page    8

|            |                                                          | Amount |
|------------|----------------------------------------------------------|--------|
| 3/1/2012   | Court filing fee                                         | 281.00 |
| 5/1/2012   | Parking and/or Tolls-                                    | 13.00  |
| 6/27/2012  | Parking and/or Tolls-                                    | 3.00   |
|            | Total costs                                              | $367.00 |
|            | Total amount of this bill                                | $7,459.50 |
| 1/19/2012  | Payment - Thank You. Check No. 101                       | ($2,281.00) |
| 1/27/2012  | Insufficient funds. Payment negated                      | $2,281.00 |
| 1/30/2012  | Payment re-deposited - Thank You. Check No. 101          | ($2,281.00) |
|            | Total payments and adjustments                           | ($2,281.00) |
|            | Balance due                                              | $5,178.50 |

Timekeeper Summary

| Name | Hours | Rate |
|------|-------|------|
| CB - Christopher Balala, Esq. | 8.10 | 325.00 |
| JJR - Joseph Reilly, Esq. | 0.10 | 325.00 |
| DLS - David L. Stevens, Esq. | 7.70 | 325.00 |
| DLS - David L. Stevens, Esq. | 0.80 | 125.00 |
| CM - Carlos Martinez - Paralegal | 6.50 | 125.00 |
| DG - Dianne Giardina - Paralegal | 4.90 | 125.00 |
| RS - Ray Sanchez - Paralegal | 2.60 | 125.00 |
| TA - Tami Arce - Paralegal | 0.60 | 125.00 |